IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PIO BINGABING, Individually and as Personal Representative of the Estate of EMILY BINGABING | § § § § | |
| | § | CIVIL ACTION NO. |
| VS. | § | _____ |
| | § | JURY |
| THE ESTATE OF RASHAD WARREN and WAL-MART STORES TEXAS, LLC D/B/A WALMART #3406 | § § § | |

**INDEX OF ATTACHED STATE COURT PLEADINGS AND FILING DATES**

1. State court docket sheet — March 17, 2020
2. Plaintiff's Original Petition — March 17, 2020
3. Request for Citation — March 17, 2020
4. Status Conference Order — March 23, 2020
5. Return of Service on Wal-Mart Stores Texas, LLC — March 24, 2020
6. Defendant Wal-Mart's Original Answer — April 10, 2020

EXHIBIT A