## Case Information

DC-20-04448 | PIO BINGABING vs. THE ESTATE OF RASHAD WARREN, et al

| | | |
|---|---|---|
| **Case Number** | **Court** | **Judicial Officer** |
| DC-20-04448 | 44th District Court | GOLDSTEIN, BONNIE LEE |
| **File Date** | **Case Type** | **Case Status** |
| 03/17/2020 | OTHER PERSONAL INJURY | OPEN |

## Party

**PLAINTIFF**
BINGABING, PIO

Address
3701 Kirby Drive
Suite 760
Houston TX 77098

Active Attorneys ▼
Lead Attorney
SKRABANEK, M PAUL
Retained

---

**DEFENDANT**
THE ESTATE OF RASHAD WARREN

---

**DEFENDANT**
WAL-MART STORES TEXAS LLC

  Aliases
  *DBA* WALMART #3406
Address
SERVING REG AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201

Active Attorneys ▼
Lead Attorney
MARTINEZ, RAMONA
Retained

# EXHIBIT B

## Events and Hearings

03/17/2020 NEW CASE FILED (OCA) - CIVIL

03/17/2020 ORIGINAL PETITION ▾

ORIGINAL PETITION

03/17/2020 CASE FILING COVER SHEET ▾

CIVIL CASE INFORMATION SHEET

03/17/2020 REQUEST FOR SERVICE ▾

REQUEST

03/17/2020 ISSUE CITATION ▾

ISSUE CITATION

03/17/2020 JURY DEMAND

03/18/2020 CITATION▾

Served
03/23/2020

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
03/24/2020
Comment
WAL-MART STORES TEXAS LLC

03/23/2020 ORDER - STATUS CONFERENCE ▾

ORDER - STATUS CONFERENCE

03/24/2020 RETURN OF SERVICE ▾

EXECUTED CITATION: WAL-MART STORES TEXAS LLC

   Comment
   EXECUTED CITATION: WAL-MART STORES TEXAS LLC

04/10/2020 ORIGINAL ANSWER - GENERAL DENIAL

DEFENDANT WAL-MART'S ANSWER & RFD

Comment
AND REQUEST FOR DISCLOSURE

04/16/2020 ORDER - SETTING SCHEDULING CONF

05/08/2020 Scheduling Conference

Judicial Officer
GOLDSTEIN, BONNIE LEE

Hearing Time
7:30 AM

05/08/2020 Status Conference

Judicial Officer
GOLDSTEIN, BONNIE LEE

Hearing Time
9:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

05/08/2020 SCHEDULING CONFERENCE

# Financial

BINGABING, PIO
    Total Financial Assessment                                                   $365.00
    Total Payments and Credits                                                   $365.00

| 3/18/2020 | Transaction Assessment | | | $365.00 |
|---|---|---|---|---|
| 3/18/2020 | CREDIT CARD - TEXFILE (DC) | Receipt # 19229-2020-DCLK | BINGABING, PIO | ($365.00) |

**Documents**

ORIGINAL PETITION

CIVIL CASE INFORMATION SHEET

REQUEST

ISSUE CITATION

ORDER - STATUS CONFERENCE

EXECUTED CITATION: WAL-MART STORES TEXAS LLC

DEFENDANT WAL-MART'S ANSWER & RFD