IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PIO BINGABING, Individually and as Personal Representative of the Estate of EMILY BINGABING | § § § § § § § § § | CIVIL ACTION NO. _____ JURY |
| VS. | | |
| THE ESTATE OF RASHAD WARREN and WAL-MART STORES TEXAS, LLC D/B/A WALMART #3406 | | |

**CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Wal-Mart Stores Texas, LLC d/b/a Walmart #3406

Provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma.  Only text visible within box will print.***

Wal-Mart Real Estate Business Trust is the sole member of Wal-Mart Stores Texas LLC.  Wal-Mart Property Co. is the sole trustee of Wal-Mart Real Estate Business Trust.  Wal-Mart Stores East, LP is the sole owner of Wal-Mart Property Co.  WSE Management, LLC is the general partner of Wal-Mart Stores East, LP, and WSE Investment, LLC is the limited partner of Wal-Mart Stores East, LP.  Wal-Mart Stores East, LLC is the sole member of WSE Management, LLC and WSE Investment, LLC.  Walmart Inc. is the sole owner of Wal-Mart Stores East, LLC and Sam's West, Inc.  No publicly traded entity owns more than 10% of Walmart Inc.

Defendant Wal-Mart Stores Texas, LLC's insurance carrier is American Home Assurance Company and may be financially interested in the outcome of this matter.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

EXHIBIT D

*\*Please separate names with a comma.  Only text visible within box will print.*

Plaintiff Pio Bingabing, Estate of Emily Bingabing, Plaintiff's counsel M. Paul Skrabanek, The Estate of Rashad Warren

| | |
|---|---|
| Date: | April 17, 2020 |
| Signature: | */s/ Ramona Martinez* |
| Print Name: | RAMONA MARTINEZ |
| Bar Number: | 13144010 |
| Address: | 1700 Pacific Avenue, Suite 3100 |
| City, State, Zip: | Dallas, TX  75201 |
| Telephone: | 214.220.5202 |
| Fax: | 214.220.5252 |
| E-Mail: | rmartinez@cobbmartinez.com |