# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet for Cases Removed from State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office.  Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 44th District Court, Dallas County, Texas | DC-20-04448 |

2. **Style of the Case:**

   *Pio Bingabing, Individually and as Personal Representative of the Estate of Emily Bingabing vs. The Estate of Rashad Warren and Wal-Mart Stores Texas, LLC d/b/a Walmart #3406*

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Pio Bingabing, Individually and as Personal Representative of the Estate of Emily Bingabing<br>Plaintiff | M. Paul Skrabanek<br>Texas Bar No. 24063005<br>Pierce Skrabanek, PLLC<br>3701 Kirby Drive, Suite 760<br>Houston, TX  77098<br>(832) 690-7000 |
   | Wal-Mart Stores Texas, LLC d/b/a Walmart #3406<br>Defendant | Ramona Martinez<br>Texas Bar No. 13144010<br>Cobb Martinez Woodward PLLC<br>1700 Pacific Avenue, Suite 3100<br>Dallas, Texas 75201<br>(214) 220-5202 |
   | The Estate of Rashad Warren | Unserved Named Defendant |

Supplemental Civil Cover Sheet
Page 2

3. **Jury Demand:**

    Was a Jury Demand made in State Court?        Yes  **X**        No  _____

    If "*Yes*," by which party and on what date?

    | Plaintiff | March 17, 2020 |
    |---|---|
    | Party | Date |

    | Defendant | April 10, 2020 |
    |---|---|
    | Party | Date |

4. **Answer:**

    Was an Answer made in State Court?        Yes  **X**    No  _____

    If "*Yes*," by which party and on what date?

    Defendant filed its Original Answer on April 10, 2020.

5. **Unserved Parties:**

    The Estate of Rashad Warren.

6. **Nonsuited, Dismissed or Terminated Parties:**

    Please indicate any changes from the style on the State Court papers and the reason for that change:

    None.

7. **Claims of the Parties:**

    The filing party submits the following summary of the remaining claims of each party in this litigation:

    | **Party** | **Claim(s)** |
    |---|---|
    | Plaintiff | Injury and damages due to Plaintiff being fatally shot after being stalked by Defendant Warren while on Defendant's premises. |